**1**

**Alfred GEOFFROY et al., Plaintiffs, Plaintiffs in Error, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Defendant, Defendant in Error.**

(Circuit Court of Appeals, First Circuit. January 26, 1927.)

No. 2081.

In Error to the District Court of the United States for the District of Rhode Island; Arthur L. Brown, Judge.

James McGovern, of Boston, Mass. (Patrick H. Quinn, Robert E. Quinn, and Quinn, Kernan & Quinn, all of Providence, R. I., on the brief), for plaintiffs in error.

Eugene J. Phillips, of Providence, R. I., for defendant in error.

Before BINGHAM and JOHNSON, Circuit Judges, and MORTON, District Judge.

BINGHAM, Circuit Judge. This is an action of tort for negligence resulting in death. The accident occurred in Rhode Island. The defendant is a corporation, the stockholders of which are incorporated under the same name in Connecticut, Rhode Island, and Massachusetts. The plaintiff, a citizen of Rhode Island, brings this suit in the District Court for Rhode Island, alleging that the defendant is a citizen of Connecticut. The defendant appeared specially, and set up that it was a citizen and a resident of Rhode Island, duly incorporated there. Judge Brown, on July 9, 1926, handed down an opinion (13 F.[2d] 947) in which he reviewed the decisions of the Supreme Court and of the Court of Appeals for this circuit relating to the question, and sustained the defendant's plea to the jurisdiction. We fully agree in the conclusion reached.

The judgment of the District Court is affirmed, with costs to the defendant in error.

═══

**2**

**John L. GRAYSON, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. January 29, 1927.)

No. 2576.

In Error to the District Court of the United States for the Northern District of West Virginia, at Elkins; William E. Baker, Judge.

E. L. Maxwell, of Elkins, W. Va., and L. V. Keck, of Morgantown, W. Va., for plaintiff in error.

Russell L. Furbee, Asst. U. S. Atty., of Fairmont, W. Va. (Arthur Arnold, U. S. Atty., of Piedmont, W. Va., on the brief), for the United States.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. The defendant was tried under two informations, one for unlawfully and knowingly possessing and transporting intoxicating liquors for beverage purposes, and the other for selling intoxicating liquors. In the first case the accused was fined $500, and in the second case was sentenced to imprisonment for the period of six months in the jail of Ohio county, W. Va.

We have given careful consideration to the assignments of errors, and find the same without merit, and the action of the District Court is accordingly affirmed.

Affirmed.